UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ZIMMER HOLDINGS, INC., ) <br> SECURITIES, DERIVATIVE AND ) <br> EMPLOYEE RETIREMENT INCOME ) <br> SECURITY ACT (ERISA) LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> 1:08-cv-1041 SEB-DML – Plumbers & Pipefitters ) <br> ) | Master File No. 1:09-ml-6000 SEB-DML <br> MDL No. 2055 |

**ENTRY VACATING AND WITHDRAWING PREVIOUS COURT ORDER**

The Court's March 1, 2010, Order granting Plaintiffs' Motion to Amend Complaint was improvidently issued and is, therefore, vacated and withdrawn.

The Clerk shall withdraw the Court's March 1, 2010, Order and the Amend Complaint docketed on March 2, 2010 (Docket Nos. 68 and 69 in Individual Cause No. 1:08-cv-1041 and Docket Nos. 47 and 48 in the Master Docket, Cause No. 1:09-ml-6000). The Clerk shall also reinstate as "pending" Plaintiffs' Motion to Amend Complaint (Docket No. 66 in Individual Cause No. 1:08-cv-1041 and Docket No. 40 in the Master Docket, Cause No. 1:09-ml-6000).

The parties shall proceed in accordance with the stipulated briefing schedule approved by Magistrate Judge Lynch on January 26, 2010 (Docket No. 44 in the Master Docket, Cause No. 1:09-ml-6000). Because Magistrate Judge Lynch's March 26, 2010, approval of the parties' stipulated briefing schedule was not docketed in Individual Cause No. 1:08-cv-1041, the Clerk shall proceed to docket that approval in the individual case now.

The Court cannot emphasize strongly enough the importance of proper filing in CM-ECF.

The confusion in this instance, causing the Court to act prematurely on a pending motion, was caused when the parties filed their stipulation to enlarge the briefing schedule in the Master Docket only. That stipulation should have been filed in the individual case, as well. That filing error on the part of the parties contributed to a second error on the part of the Clerk's Office, which docketed Magistrate Judge Lynch's approval of their stipulation in the Master Docket only. To avoid problems such as this in the future, the parties are reminded that all MDL filings must be filed in both the applicable individual case and in the Master Docket. If any of the parties require instructions for filing in MDL cases, they may contact the Court's Courtroom Deputy.

    IT IS SO ORDERED.

Date: 03/05/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Counsel of record